## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Paul Raymond Bye, | Case No. 25-CV-4748-KMM-EMB |
| Plaintiff, | |
| v. | **ORDER** |
| Itasca County Jail Administration; Mental Health Medical Staff; Mental & Medical Staff Employer; Shawn Racine; Garret Smith, *Lieutenant*; Private Employer of Itasca County Jail Medical Staff; Itasca County Jail Nurse Practitioner; Paula Unknown, *Itasca County Jail Nurse*; and Ashley Unknown, *Itasca County Jail Mental Health Specialist*, | |
| Defendants. | |

This matter is before the Court on a filing by Plaintiff John Paul Raymond Bye, which the Court received on March 23, 2026 (Dkt. No. 8 ("Motion")).  Bye states that he has returned to the Itasca County Jail and expects to leave soon for an unknown location.  (*See id.* at 1.)  In what he calls "Motion #1," he asks the Court to update his address on file to his mother's residence.  The Clerk of Court has already made this change. Mr. Bye's mail will be sent to his mother's residence going forward. So, the Court denies "Motion #1" as moot.

In "Motion #2," Bye asks the Court to send copies of this case's proceedings to the new address.  Bye presumably has copies of materials that he filed himself.

Therefore, the Court directs the Clerk of Court to send him a copy of this action's docket as well as copies of the Court's Orders at Docket Numbers 3, 4, and 7.

Finally, the Court previously ordered Bye to file an amended complaint by March 18, 2026.  (*See* Dkt. No. 7 at 3.)  That deadline has passed without Bye filing an amended complaint.  Based on the Motion, however, it appears he may not have received the order setting that deadline.  Good cause therefore exists to extend it.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff John Paul Raymond Bye's request in his filing received by the Court on March 23, 2026 (Dkt. No. 8) to update his address on file is **DENIED** as moot.

2. The Clerk of Court is directed to mail copies of Docket Numbers 3, 4, and 7, as well as a copy of this action's docket, to Bye's new address of record.  Bye's request in Docket Number 8 for copies of court proceedings is **GRANTED** to the extent consistent with this ruling, and otherwise **DENIED**.

3. Bye's deadline to file an amended complaint is extended to twenty-eight (28) days from this Order's date—that is, until **April 30, 2026.**  If he fails to file an amended complaint by April 30, 2026, the Court will treat the current complaint (Dkt. No. 1) as this action's operative pleading.

Dated: April 2, 2026

*s/ Elsa M. Bullard*
Elsa M. Bullard
United States Magistrate Judge